# IN RE DAIRRAH D. ET AL.
## (AC 30852)

Bishop, Gruendel and Lavery, Js.

Argued May 27—officially released July 13, 2010

Per Curiam. The judgments are affirmed.